# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:13CR87(2) |
| -vs- | : | Magistrate Judge Michael J. Newman |
| JONATHAN E. WILLIAMS, | : | |
| Defendant. | : | |

## ORDER

Defendant is ORDERED RELEASED on Monday morning, July 1, 2013, in sufficient time that he may be transported to Nova House in Dayton, Ohio for a 1 p.m. admissions deadline that same day.

Defendant's detention shall CONTINUE until Monday July 1, 2013.

IT IS SO ORDERED.

July 28, 2013

s/Michael J. Newman
Michael J. Newman
United States Magistrate Judge