# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

                 **Plaintiff,**

**-vs-**                                                    Case No. 3:13-CR-87(2)

**JONATHAN E. WILLIAMS,**

                 **Defendant.**

---

## ORDER FINDING DEFENDANT HAS VIOLATED CONDITIONS OF BOND, AND CONTINUING DEFENDANT ON BOND AS PREVIOUSLY ORDERED

---

      Pursuant to the record set forth in open Court on July 11, 2013, the Defendant appeared with counsel for an in-court status conference regarding the alleged violations of his bond. After hearing argument from counsel the Court FINDS the Defendant is now in compliance with the conditions of his bond.

      Therefore, the Court ORDERS that the Defendant be continued on bond as previously ordered, and that all conditions of bond as previously set by this Court shall remain in effect, <u>with the additional conditions that Defendant shall reside with his mother and shall be subject to electronic home detention</u>.

      The Defendant is ORDERED released from custody immediately, and <u>Defendant shall report in person immediately to Pretrial Services at the U.S. Courthouse</u>.

      IT IS SO ORDERED.


July 12, 2013                                                *s/ Timothy S. Black*
                                                             TIMOTHY S. BLACK, JUDGE
                                                         UNITED STATES DISTRICT COURT